# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANNIE DICKERSON,<br><br>　　Plaintiff,<br><br>v.<br><br>PALISADES MEDICAL CENTER, INC., *et al.*,<br><br>　　Defendants. | Civ. No. 13-3382 (WJM)<br><br>ORDER |

On June 7, 2013, Plaintiff Annie Dickerson moved to remand this action to state court. ECF No. 5. On June 18, 2013, Defendants moved to dismiss a host of counts in Plaintiff's Complaint. ECF No. 9-1.

On September 24, 2013, while Defendants' motion to dismiss remained pending, the Honorable Mark Falk filed a Report and Recommendation recommending that the undersigned grant Plaintiff's motion to remand. The parties were notified that they had fourteen (14) days to submit objections and responses to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objection or response having been received by this Court, and the Court having reviewed the Report and Recommendation *de novo*, and good cause appearing;

**IT IS** on this 9th day of October 2013, hereby,

**ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is further

1

**ORDERED** that this matter is hereby remanded to the Superior Court of New Jersey; and it is further

**ORDERED** that Defendants' motion to dismiss is **DENIED WITHOUT PREJUDICE** on mootness grounds.

    /s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**

cc:    The Hon. Mark Falk, U.S.M.J.